UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO. _____
*Electronically Filed*

**KAREN McCALVIN**  PLAINTIFF

v.

**NAVITA MODI, MD**  DEFENDANT

---

### NOTICE OF REMOVAL
---

Defendant Navita Modi, MD ("Defendant"), by and through counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the Boyd Circuit Court, in Boyd County, Kentucky, to the United States District Court for the Eastern District of Kentucky, Ashland Division. As grounds for this removal, Defendant states as follows:

1. Plaintiff Karen McCalvin filed this lawsuit on October 16, 2015, in the Boyd Circuit Court, Case No. 15-CI-00767, against Navita Modi, MD (the "State Court Action").

2. Plaintiff is a citizen and resident of the Commonwealth of Kentucky. (*See* State Court Action Complaint at ¶ 1, attached as part of State Court Record (**Ex. 1**).)

3. Defendant is a citizen of Maryland and was a resident of Maryland at the time the Complaint was filed.

4. In her Complaint, Plaintiff alleges that Defendant was negligent and deviated from the minimum standards of professional care in the care and treatment of the Plaintiff, causing her injury and damage, both temporary and permanent. (*See* State Court Action Complaint, attached as part of State Court Record (**Ex. 1.**)) As permitted by Rule 8.01(2) of the Kentucky Rules of Civil Procedure, Plaintiff did not allege an amount in controversy.

5. On December 17, 2015, Defendant propounded a request for admission upon Plaintiff, seeking an admission that he was placing in controversy more than $75,000.00, exclusive of costs and interest. (*See* Request for Admission (**Ex. 2**)) Plaintiff admitted that she is seeking more than $75,000.00, exclusive of costs and interest, in this action on December 17, 2015. (*Id.*)

6. This Notice of Removal is timely filed within 30 days of Plaintiff's admission, pursuant to 28 U.S.C. § 1446(b).

7. Under 28 U.S.C. § 1332(a), federal courts have original jurisdiction over all civil actions between citizens of different states where the amount in controversy exceeds the sum or value of $75,000.00, exclusive of costs and interest.

8. This Court thus has subject matter jurisdiction over this action and all claims asserted against Defendant, pursuant to 28 U.S.C. § 1332(a), as Plaintiff has placed more than $75,000.00 in controversy and there is complete diversity as between the parties. Removal of this action to this Court is thus proper under 28 U.S.C. § 1441.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 97(a) and 1441(a), as the United States District Court for the Eastern District of Kentucky, Ashland Division, is the federal judicial district and division embracing the Boyd Circuit Court where the State Court Action was originally filed.

10. Defendant has filed its Answer to Plaintiff's Complaint. (*See* State Court Record (**Ex. 1**))

11. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant in the State Court Action are attached to this Notice as **Exhibit 1**.

12. Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with this Court, is serving a copy of this Notice upon Plaintiff's counsel and is filing a copy in the Boyd Circuit Court.

**WHEREFORE**, for the reasons set forth above, Navita Modi, MD requests that this Court assume full jurisdiction over this action, as provided by law.

Respectfully submitted,

**REMINGER CO., LPA**


**/s/ Shea W. Conley**
Shea W. Conley
Lauren D. Lunsford
Reminger Co., L.P.A.
333 West Vine Street, Suite 1670
Lexington, Kentucky 40507
Tele: (859) 233-1311/Facsimile: (859) 233-1312
Email: sconley@reminger.com
llunsford@reminger.com
*Counsel for Defendant, Navita Modi, M.D.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 28, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

  I further certify that a copy of the foregoing has been sent to the following via regular U.S. Mail, postage pre-paid, on January 28, 2016:

Hon. Richard A. Hughes
1544 Winchester Avenue, Suite 1020
P.O. Box 1139
Ashland, Kentucky  41105
*Counsel for Plaintiff*

              **/s/ Shea W. Conley**_____
              Shea W. Conley, Esq.
              Lauren D. Lunsford, Esq.