11-19-15;01:42PM;                                    ;6063246500              #  2/  8

COMMONWEALTH OF KENTUCKY
BOYD CIRCUIT COURT
DIVISION II
CIVIL ACTION NO. 15-CI-N0767

FILED
TRACEY L. KELLEY

2015 OCT 16 AM 9: 10

CIR/DIST COURT
BY SAM'L D.C.

KAREN MCCALVIN,                                              PLAINTIFF,

VS.

NAVITA MODI, MD,                                             DEFENDANT.
Serve:        1300 Hospital Drive
              Ste. 302
              Fredericksburg, VA 22401

COMPLAINT

Comes now the Plaintiff, Karen McCalvin, and for her cause of action herein alleges and states as follows:

COUNT I

1. The Plaintiff is and was at all times referred herein a resident of the Commonwealth of Kentucky.

2. The Defendant is and was at all times referred to herein a resident of the Commonwealth of Kentucky, doing business at 613 23rd Street, Ste. 130, Ashland, Kentucky 41101.

3. At all times referred to herein the Defendant was a physician, licensed to practice medicine in the Commonwealth of Kentucky.

4. On or about November 4, 2014 and continuing thereafter the Defendant provided medical services to the Plaintiff in Boyd County, Kentucky.

5. As a direct and proximate result of the treatment by the Defendant of the

DEFENDANT'S
EXHIBIT
1

Plaintiff, the Defendant was negligent and deviated from the minimum standards of professional care in the care and treatment of the Plaintiff, causing her injury and damage, both temporary and permanent.

. The negligence of the Defendant and deviations from the standards of care on the part of the Defendant were not discoverable by the Plaintiff at the time of their occurrence and a short time later, discovered on or about November 4, 2014 at King's Daughters' Medical Center, Ashland, Boyd County, Kentucky the Defendant had improperly performed surgery on her during a hysterectomy, that required immediate follow up by doctors at the time because of the severe conditions and damage.

7. The amount in controversy in this action exceeds the minimum jurisdictional limits of this court.

WHEREFORE, the Plaintiff prays for judgment against the Defendant as follows:

a)    For such sums of money as will fairly and reasonably compensate her for medical expenses which she has and will in the future incur;

b)    For lost wages which she has and will incur;

c)    Permanent power for her to earn money;

d)    For pain and suffering, both physical and mental, which she has and will in the future endure;

e)    For any and all relief to which the Plaintiff may appear entitled in

law or equity to which she may appear entitled.

f)    A jury trial is demanded.


RESPECTFULLY SUBMITTED,


HON. RICHARD A. HUGHES
ATTORNEY AT LAW
P. O. BOX 1139
ASHLAND, KENTUCKY 41105-1139
(606) 325-3399

**Commonwealth of Kentucky**
Office of the Secretary of State

Alison Lundergan Grimes
Secretary of State

FILED
TRACEY L. KELLEY
Summons of McCracken
PO Box 718
FRANKFORT, KY 40602-0718
Phone (502) 564-3490
Fax (502) 564-5687

CIR/DIST COURT
BY _____ CLS

DATE PRODUCED: 11/02/2015

Circuit Court Clerk
Boyd County
P.O. Box 694
Catlettsburg, KY 41129

FROM:     SIMMONS DIVISION
          SECRETARY OF STATE

RE:       CASE NO: 15-CI-00797

DEFENDANT: MODI, M.D., NAVITA

DATE:     November 2, 2015

USPS Certified Mail ID: 71922877001002161655

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

October 22, 2015

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

October 22, 2015

The US Postal Service has provided a scanned image of the return receipt confirming receipt of summons. The image is provided to the right of this page.

KENTUCKY SECRETARY OF STATES OFFICE - COMMONWEALTH:
D.C.

The following is the delivery information for Certified Mail™ item number 7192 2877 0010 0214 1655. Our records indicate that this item was delivered on 10/28/2015 at 10:52 a.m. in FREDERICKSBURG, VA 22401. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

11-19-15:03:42PM;                                    ;6063246500          # 6/ 8

# COMMONWEALTH OF KENTUCKY
## BOYD CIRCUIT COURT
### DIVISION II
### CIVIL ACTION NO. 15-CI-00767

KAREN McCALVIN,                                      PLAINTIFF,

VS.

NAVITA MODI, MD.,                                    DEFENDANT.

## VERIFIED MOTION FOR DEFAULT JUDGMENT

Comes now the Plaintiff Karen McCalvin, by and through counsel, the Hon. Richard A. Hughes, and after being duly sworn, and pursuant to CR 55.01 respectfully requests this court enter a judgment of default against the Defendant for her failure to timely answer the complaint above referenced. The record clearly shows the Defendant has relocated to Fredericksburg, VA 22401. The Boyd Circuit Court Clerk caused to serve the Kentucky Secretary of state on October 22, 2015 and thereafter the Defendant Navita Modi, MD was served October 28, 2015. In excess of 20 days having now passed, the Plaintiff respectfully requests the court enter an order of default judgment against the Defendant and set this matter for hearing regarding the damages incurred, past, present and future by the Plaintiff Karen McCalvin.

## CERTIFICATE OF ATTORNEY

Comes now counsel for the Plaintiff Karen McCalvin, the Hon. Richard A. Hughes and hereby certifies that no papers have been served on him by the party in default, nor has he been contacted or had any communication of any kind whatsoever from the Defendant Navita Modi, MD, any agent on her behalf or legal counsel, as of

the date of this filing for default judgment this 18th day of November, 2015.

　　　　Further the Affiant saith naught.

RESPECTFULLY SUBMITTED,

HON. RICHARD A. HUGHES
ATTORNEY AT LAW
P. O. BOX 1139
ASHLAND, KY. 41105-139
(606) 325-3399


COMMONWEALTH OF KENTUCKY
COUNTY OF BOYD

　　　　Subscribed and sworn to before me, a notary public, by the Hon. Richard A.
Hughes, this the _18_ day of November, 2015.
　　　　My commission expires: 8-6-19/539512

　　　　　　　JOHANNA L. SWIM
NOTARY PUBLIC, STATE AT LARGE
　　　　　　　KENTUCKY


### NOTICE

　　　　All parties please take notice the foregoing motion shall be brought on before the
Hon. C. David Hagerman, Boyd Family Court, Division II, C. David Hagerman Judicial
Center, Catlettsburg, Kentucky, on the _4th_ day of _Dec_, 20 _15_, at the hour
of 9:00 a.m., or as soon thereafter as counsel may be heard.

### CERTIFICATION

　　　　The above styled motion was mailed, postage prepaid, or hand delivered to the
following:

Navita Modi, MD
1300 Hospital Drive

Ste. 302
Fredericksburg, VA 22401

This the 19th day of _November_, 2015.

HON. RICHARD A. HUGHES

COMMONWEALTH OF KENTUCKY
BOYD CIRCUIT COURT
DIVISION II
CIVIL ACTION NO. 15-CI-00767

KAREN MCCALVIN,                                        PLAINTIFF,

VS.

NAVITA MODI, MD.,                                      DEFENDANT.

MOTION TO WITHDRAW MOTION FOR DEFAULT JUDGMENT

Comes now the Plaintiff Karen McCalvin, by and through counsel, the Hon.

Richard A. Hughes, and respectfully requests the court to withdraw his previously filed

motion for default.


RESPECTFULLY SUBMITTED,


HON. RICHARD A. HUGHES
ATTORNEY AT LAW
P. O. BOX 1139
ASHLAND, KY. 41105-139
(606) 325-3399


NOTICE

All parties please take notice the foregoing motion shall be brought on before the
Hon. C. David Hagerman, Boyd Family Court, Division II, C. David Hagerman Judicial
Center, Catlettsburg, Kentucky, on the _11th_ day of _December_, 20_15_ , at the hour
of 9:00 a.m., or as soon thereafter as counsel may be heard.

CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the
following:

Hon. Lauren D. Lunsford
333 West Vine Street
Ste. 1670
Lexington, KY. 40507

This the 30 day of _____, 2015.

HON. RICHARD A. HUGHES

FILED
TRACEY L. KELLEY

COMMONWEALTH OF KENTUCKY
BOYD CIRCUIT COURT
DIVISION II
CIVIL ACTION NO. 15-CI-00767

2015 DEC 28  AM 8: 52

CIR/DIST COURT
BY

KAREN McCALVIN                                                          PLAINTIFF

v.

NAVITA MODI, MD                                                         DEFENDANT

## ANSWER OF DEFENDANT NAVITA MODI, M.D.
## TO PLAINTIFF'S COMPLAINT

**** **** ****

Comes the Defendant, Navita Modi, M.D., and for her answer to Plaintiff's complaint, states as follows:

### FIRST DEFENSE

The Complaint, in whole or in part, fails to state a claim upon which relief can be granted and should be dismissed.

### SECOND DEFENSE

As to the numbered paragraphs in the Complaint:

### COUNT I

1.      Upon information and belief, Defendant admits the averments in paragraph 1 of the complaint.

2.      Defendant denies the averments in paragraph 2 of the complaint.

3.      Defendant admits the averments in paragraph 3 of the complaint.

4.      Defendant admits that she provided medical services to the Plaintiff in Boyd County, Kentucky, on or about November 4, 2014.  Defendant denies the remainder of the averments of paragraph 4 of the complaint.

1

5.     Defendant denies the averments in paragraph 5 of the complaint.

6.     The averments in paragraph 6 call for a legal conclusion to which no responsive pleading is required.  To the extent that a response is required, Defendant denies the averments in paragraph 6 of the complaint.

7.     Defendant denies the averments in paragraph 7 of the complaint.

8.     Defendant denies all averments not specifically admitted herein.

### THIRD DEFENSE

Defendant relies upon apportionment of fault as a complete or, in the alternative, a partial bar to the recovery of the Plaintiff herein.

### FOURTH DEFENSE

The injuries and damages complained of and/or alleged in the complaint, if any, are the direct and proximate result of the sole and/or comparative negligence of Plaintiff or the sole and/or comparative negligence of persons or entities not presently parties to the action or superseding and/or intervening causes over which Defendant has no responsibility or control.

### FIFTH DEFENSE

The claims of the Plaintiff are barred to the extent they resulted from the conduct of any third parties or from a superseding and/or intervening cause.

### SIXTH DEFENSE

Subject to what discovery may reveal, Defendant asserts all affirmative defenses available to her under the Kentucky Rules of Civil Procedure specifically including the applicable statute of limitations, failure of service of process and failure of process.

## SEVENTH DEFENSE

To the extent there exists any person or entity other than those notified by Plaintiff who have paid any amounts to or for the benefit of Plaintiff on account of the events or injuries alleged in the complaint, Plaintiff is precluded from recovering benefits that are subject to subrogation rights, and Defendant reserves the right to introduce into evidence payments made to or for the benefit of Plaintiff on account of the alleged events or injuries or damages giving rise to the complaint.

## EIGHTH DEFENSE

The injuries and damages complained of and/or alleged in the complaint, if any, were avoidable consequences and Plaintiff failed to mitigate or reduce the alleged injuries or damages, if any.

## NINTH DEFENSE

Plaintiff's claims may be barred, in whole or in part, because this action may not be brought in the name of the real party or parties in interest and/or there are indispensable parties that have not been added or named to this action. Specifically, Defendant states that, upon information and belief, Plaintiff has sued the incorrect party to this lawsuit and failed to sue the correct party altogether.

## TENTH DEFENSE

Pending discovery, Defendant affirmatively pleads all other affirmative defenses available to her under the common law and statutes of Kentucky.

## ELEVENTH DEFENSE

Defendant reserves the right to assert additional defenses as same may arise during discovery.

**WHEREFORE,** Navita Modi, M.D. demands as follows:

1.  Dismissal of the complaint against her in its entirety;

2.  Her costs, expenses and attorney's fees, as allowed by law;

3.  A trial by jury; and,

4.  Any and all other relief to which she may appear entitled.

Respectfully submitted,

**REMINGER CO., LPA**

Shea W. Conley
Lauren D. Lunsford
Reminger Co., L.P.A.
333 West Vine Street, Suite 1670
Lexington, Kentucky 40507
Tele: (859) 233-1311/Facsimile: (859) 233-1312
Email: sconley@reminger.com
      llunsford@reminger.com
*Counsel for Defendant, Navita Modi, M.D.*

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered on this ___17th___ day of December, 2015 to the following via U.S. Mail:

Hon. Richard A. Hughes
1544 Winchester Avenue, Suite 1020
P.O. Box 1139
Ashland, Kentucky 41105
*Counsel for Plaintiff*

ORIGINAL TO:

Hon. James E. Turner
Breathitt Circuit Court Clerk
Breathitt County Justice Center
1131 Main Street
Jackson, Kentucky 41339

Shea W. Conley, Esq.
Lauren D. Lunsford, Esq.

5