UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO. 0:16-cv-00010-HRW
*Electronically Filed*

**KAREN McCALVIN**                                                              **PLAINTIFF**

v.

**NAVITA MODI, MD**                                                             **DEFENDANT**

---

### AGREED ORDER OF SETTLEMENT AND DISMISSAL

---

Now come the parties, and in accordance with the Court's April 19, 2017 Order and pursuant to Kentucky Civil Rule 41.01(1), hereby notify the Court that this matter has settled and hereby agree to full and complete dismissal of all claims in this matter with prejudice. Each party to bear their own costs and fees.

**SO ORDERED** this ___25th___ day of ___August___, 2017.

HON. HENRY R. WILHOIT, JR.

Signed By:
**Henry R. Wilhoit, Jr.**
United States District Judge

Respectfully submitted,

*/s/ Jennifer M. Jabroski*
Robert A. Ott
Jennifer M. Jabroski
Reminger Co., L.P.A.
333 West Vine Street, Suite 1670
Lexington, Kentucky 40507
*Counsel for Defendant*

*/s/ Richard A. Hughes (w/ permission)*
Richard A. Hughes
1544 Winchester Avenue, Ste. 1020
P.O. Box 1139
Ashland, Kentucky 41105
*Counsel for Plaintiff*